UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

Removed from Simpson Circuit Court
Civil Action No.  23-CI-00191

| | | |
|---|---|---|
| KEVIN SUMERALL | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:23-CV-00115 |
| | ) | |
| v. | ) | Judge:  Greg N. Stivers |
| | ) | |
| GOLDEN TRUCKING, INC., | ) | Magistrate: H. Brent Brennenstuhl |
| ABDULLAHI SAMATAR and | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER DISMISSING

Having reached agreement to resolve all claims amongst them in this litigation, Plaintiff Kevin Sumerall and Defendants Golden Trucking, Inc., Abdullahi Samatar, and Liberty Mutual Personal Insurance Company, and Intervening Plaintiff First Guard, and Intervening Defendants Abdullahi Samatar, Golden Trucking, Inc., and Bulldog National Risk Retention Group, Inc., collectively move the Court to enter the Order set out below:

IT IS ORDERED that all claims asserted by all parties in this action are DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

Greg N. Stivers, Chief Judge
United States District Court

June 5, 2025

Respectfully submitted,

/s/ William T. Donnell
William T. Donnell
Richard V. Evans
WHITTEN LAW OFFICE LLC
700 N. Hurstbourne Pkwy, Ste. 112
Louisville, KY 40222
P: 502-430-1016
F:  502-430-1083
wdonnell@louisvillecounsel.com
revans@louisvillecounsel.com
Counsel for Abdullahi Samatar

Have seen and agree:

/s/ Lindsey C. Goetz (w/ permission)
Justin B. May
Lindsey C. Goetz
Dixie Law Group, PSC
4919 Dixie Highway, Suite B
Louisville, KY 40216
jmay@dixielawgroup.com
lgoetz@dixielawgroup.com
Counsel for Plaintiff

/s/ Stephen C. Keller (w/ permission)
Stephen C. Keller, Esq.
Barnes Maloney PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
skeller@sbmkylaw.com
Counsel for Golden Trucking, Inc.

/s/ Tracey Smith (w/ permission)
Christopher M. Mussler
Tracey Smith
Gwin, Steinmetz & Baird, PLLC
401 W. Main Street, Suite 1000
Louisville, KY 40202
cmussler@gsblegal.com
tcsmith@gsblegal.com
Counsel for Liberty Mutual
Personal Insurance Company

*/s/ Sarah E. Laytham* (w/ permission)
Melissa Thompson Richardson
Sarah E. Laytham
Richardson Law Group, PLLC
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
melissa@richardsonlawgrp.com
slaytham@richardsonlawgrp.com
*Counsel for First Guard*

*/s/ Matthew A. Taulbee* (w/ permission)
Matthew A. Taulbee
Reminger Co., L.P.A.
250 Grandview Drive, Suite 550
Ft. Mitchell, Kentucky 41017
mtaulbee@reminger.com
*Counsel for Bulldog National Risk Retention Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 4th of June 2025, a copy of the foregoing was filed through the Court's electronic filing system, which will deliver an electronic copy to counsel of record, including:

Justin B. May
Lindsey C. Goetz
Dixie Law Group, PSC
4919 Dixie Highway, Suite B
Louisville, KY 40216
jmay@dixielawgroup.com
lgoetz@dixielawgroup.com
*Counsel for Plaintiff*

Stephen C. Keller, Esq.
Barnes Maloney PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
skeller@sbmkylaw.com
*Counsel for Defendant Golden Trucking, Inc.*

Christopher M. Mussler
Tracey Smith
Gwin, Steinmetz & Baird, PLLC
401 W. Main Street, Suite 1000
Louisville, KY 40202
cmussler@gsblegal.com
tcsmith@gsblegal.com
*Counsel for Defendant Liberty Mutual Personal Insurance Company*

Melissa Thompson Richardson
Sarah E. Laytham
Richardson Law Group, PLLC
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
melissa@richardsonlawgrp.com
slaytham@richardsonlawgrp.com
*Counsel for First Guard*

Matthew A. Taulbee
Reminger Co., L.P.A.
250 Grandview Drive, Suite 550
Ft. Mitchell, Kentucky 41017
mtaulbee@reminger.com
*Counsel for Bulldog National Risk Retention Group, Inc.*

/s/ *William T. Donnell*
*Counsel for Abdullahi Samatar*